

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-17-00209-CV

$6,867.00 IN U.S. CURRENCY                                      APPELLANT

V.

THE STATE OF TEXAS                                                APPELLEE

-----------

### FROM THE 371ST DISTRICT COURT OF TARRANT COUNTY
### TRIAL COURT NO. D371-S-13491-17

-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

-----------

On September 28, 2017, we notified appellant that an appellant's brief had not been filed as required by Texas Rule of Appellate Procedure 38.6(a). *See* Tex. R. App. P. 38.6(a). We stated that we could dismiss the appeal for want of prosecution unless, within ten days, appellant filed with the court an appellant's brief and a motion reasonably explaining the failure earlier to file an appellant's

---

[1]*See* Tex. R. App. P. 47.4.

brief and the need for an extension. *See* Tex. R. App. P. 10.5(b), 38.8(a)(1), 42.3(b). We have not received any response.

Because appellant has failed to file a brief after having been given an opportunity to provide a reasonable explanation for the failure, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f).

Appellant must pay the costs of this appeal, for which let execution issue.


PER CURIAM

PANEL:  KERR, J.; SUDDERTH, C.J.; and PITTMAN, J.

DELIVERED:  October 26, 2017